IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD GERMAIN SAUNDERS, JR., )<br>   Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF VIRGINIA, )<br>   Respondent. ) | Civil Action No. 7:14cv00395<br><br>**FINAL ORDER**<br><br>By: Michael F. Urbanski<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Saunders' 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Saunders has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

       Entered: October 14, 2014

       *Michael F. Urbanski*

       Michael F. Urbanski
       United States District Judge